ACCEPTED
15-24-00050-cv
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
3/4/2025 2:46 PM
CHRISTOPHER A. PRINE
CLERK

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
3/4/2025 2:46:28 PM
CHRISTOPHER A. PRINE
Clerk

# PERALES, ALLMON & ICE, P.C.

## ATTORNEYS AT LAW

1206 San Antonio Street
Austin, Texas 78701
(512) 469-6000 • (512) 482-9346 (facsimile)
info@txenvirolaw.com

Of Counsel:
David Frederick
Eric Allen McWherter
Claire Krebs

March 4, 2025

Christopher A. Prine, Clerk
15th Court of Appeals
P.O. Box 12852
Austin, Texas 78711
*Via E-File*

> **RE: Cause No. 15-24-00050-CV;** *Texas Commission on Environmental Quality and Guadalupe-Blanco River Authority v. National Wildlife Federation*

Dear Mr. Prine,

In accordance with the Court's request, please be advised that the undersigned, Marisa Perales, will present oral argument on behalf of Appellee National Wildlife Federation in the above-referenced appeal.

Respectfully submitted,

*/s/ Marisa Perales*
Marisa Perales
State Bar No. 24002750
marisa@txenvirolaw.com

**PERALES, ALLMON & ICE, P.C.**
1206 San Antonio Street
Austin, Texas 78701
512-469-6000 (t) | 512-482-9346 (f)

*Counsel for Appellee National Wildlife Federation*

1

**Certificate of Service**

By my signature below, I certify that on March 4, 2025 a true and correct copy of the foregoing document was served via electronic service on parties through their counsel of record, listed below.

/s/ Marisa Perales
Marisa Perales

**For Appellant Texas Commission on Environmental Quality:**

Katie B. Hobson
Katie.hobson@oag.texas.gov
Office of the Attorney General
Environmental Protection Division
P.O. Box 12548, MC 066
Austin, Texas 78711-2548
Phone: (512) 475-4019
Fax: (512) 320-0911

**For Appellant Guadalupe-Blanco River Authority:**

Samia Broadaway
Samia.broadaway@bakerbotts.com
John Ormiston
John.ormiston@bakerbotts.com
Molly Cagle
Molly.cagle@bakerbotts.com
Baker Botts, L.L.P.
401 S. First Street, Suite 1300
Austin, Texas 78704-1296

Macey Stokes
Macey.stokes@bakerbotts.com
Baker Botts, L.L.P.
910 Louisiana Street
Houston, Texas 77002

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Mahita Shankar on behalf of Marisa Perales
Bar No. 24002750
mahita@txenvirolaw.com
Envelope ID: 98051239
Filing Code Description: Letter
Filing Description: Appellee National Wildlife Federations' Appearance Letter
Status as of 3/4/2025 2:58 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Macey ReasonerStokes | | macey.stokes@bakerbotts.com | 3/4/2025 2:46:28 PM | SENT |
| Molly Cagle | 3591800 | molly.cagle@bakerbotts.com | 3/4/2025 2:46:28 PM | SENT |
| Marisa Perales | 24002750 | marisa@txenvirolaw.com | 3/4/2025 2:46:28 PM | SENT |
| Samia Broadaway | 24088322 | samia.broadaway@bakerbotts.com | 3/4/2025 2:46:28 PM | SENT |
| Katie B.Hobson | | katie.hobson@oag.texas.gov | 3/4/2025 2:46:28 PM | SENT |
| Laura Courtney | | laura.courtney@oag.texas.gov | 3/4/2025 2:46:28 PM | SENT |
| John Ormiston | 24121040 | john.ormiston@bakerbotts.com | 3/4/2025 2:46:28 PM | SENT |
| Mahita Shankar | | mahita@txenvirolaw.com | 3/4/2025 2:46:28 PM | SENT |